1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar #121286
   STEPHEN Q. ROWELL, Sr. Deputy City Attorney- State Bar #098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendants
6  CITY OF OAKLAND and WAYNE TUCKER,
   26767/529260
7

8                           UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10

11
   | LAWRENCE COLEY; COURTNEY | Case No.  C- C08-04255 MHP |
12 | BROWN; QUINCY SMITH; NOLUKEW | |
   | OKOLI; LARRIE NOBLE, | STIPULATION AND ~~PROPOSED~~ |
13 | | ORDER FOR CONTINUANCE OF |
   | Plaintiffs, | INITIAL CASE MANAGEMENT |
14 | | CONFERENCE |
   | v. | |
15 | | |
   | CITY OF OAKLAND, a municipal | |
16 | corporation; WAYNE TUCKER, in his | |
   | capacity as Chief of Police for the CITY OF | |
17 | OAKLAND  and DOES 1-50, inclusive, | |
   | | |
18 | Defendants. | |

19
20         The parties hereby stipulate that the initial case management conference

21 scheduled to take place before the Honorable Marilyn H. Patel in captioned matter be

22 continued from December 22, 2008 at 4:00 p.m. to January 12, 2009 at 3:00 p.m.  This

23 case is related to <u>Terrell Turner, et al, v. City of Oakland, et al</u>., Case No. C08-03114

24 MHP, which is also scheduled for an initial case management conference on January 12,

25 2009.

26

_____  Date: 10/29/08
STEPHEN Q. ROWELL
Attorney for Defendants
CITY OF OAKLAND and
WAYNE TUCKER

_____  Date: 10/29/08
BENJAMIN NISENBAUM, ESQ
Attorney for Plaintiff

**ORDER**

It is so ordered.  11/14/2008



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA